**Karimullah QURESHI;
et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 09–71122.

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2012.*

Filed May 22, 2012.

Ahmed M. Abdallah, Law Office of Ahmed M. Abdallah, Hollywood, CA, for Petitioners.

Jesse Matthew Bless, OIL, Anthony Cardozo Payne, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM **

Karimullah Qureshi, and his family, natives and citizens of Bangladesh, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for an abuse of discretion the BIA's denial of a motion to reopen. *See Toufighi v. Mukasey,* 538 F.3d 988, 992 (9th Cir.2008). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely and number-barred where the motion was filed over four years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to present sufficient evidence of changed circumstances in Bangladesh to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Malty v. Ashcroft,* 381 F.3d 942, 945 (9th Cir.2004) ("The critical question is … whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution.").

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.